# NO. 12-24-00315-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *CHAD WENDELL MEDLOCK, APPELLANT* | § | *APPEAL FROM THE 241ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS, APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Chad Wendell Medlock was convicted of aggravated assault and sentenced to forty years in prison. On October 25, 2024, Appellant filed a pro se notice of appeal challenging his sentence as void. Appellant previously appealed and this Court affirmed his conviction. *See Medlock v. State*, No. 12-06-00401-CR, 2007 WL 2951343, at *1 (Tex. App.—Tyler Oct. 11, 2007, pet. ref'd) (mem. op., not designated for publication). Our mandate issued on March 25, 2008, and Appellant's conviction is final. On October 25, the Clerk of this Court notified Appellant that the information received failed to show the jurisdiction of the Court. We informed Appellant that the appeal would be dismissed unless the information was amended on or before November 4 to show this Court's jurisdiction. Appellant filed an amended notice of appeal, which fails to show this Court's jurisdiction.

In criminal cases, an appellate court has jurisdiction only from a final judgment of conviction, an appealable order, or where expressly granted by law. *See Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008) (standard for determining jurisdiction is not whether appeal is precluded by law but whether appeal is authorized by law); *see also Young v. State*, No. 12-06-00189-CR, 2006 WL 1699585, at *1 (Tex. App.—Tyler June 21, 2006, no pet.) (mem. op. not designation for publication); *McIntosh v. State*, 110 S.W.3d 51, 52 (Tex. App.–

Waco 2002, no pet.); TEX. R. APP. P. 26.2(a). Appellant is not entitled to a second appeal of the same conviction from which he previously appealed. *See Fernandez-Lopez v. State*, No. 12-23-00032-CR, 2023 WL 2417962, at *1 (Tex. App.—Tyler Mar. 8, 2023, no pet.) (per curiam) (mem. op., not designated for publication); *see also Confer v. State*, No. 03-19-00043-CR, 2019 WL 908289, at *1 (Tex. App.—Austin Feb. 22, 2019, pet. ref'd) (mem. op., not designated for publication). Accordingly, we *dismiss* this appeal for *want of jurisdiction*.

Opinion delivered November 13, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 13, 2024**

**NO. 12-24-00315-CR**

**CHAD WENDELL MEDLOCK,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 241st District Court
of Smith County, Texas (Tr.Ct.No. 241-1974-06)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that it is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*